UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

COREY ATKINSON, JR. )
                   Plaintiff, )
 )
vs. )
 )          **JUDGMENT**
JPMORGAN CHASE BANK, N.A. ) **CASE NO. 5:25-CV-00066-M-RN**
 )
 )
            Defendant. )

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on June 20, 2025, the Defendant's motion [DE 6] is GRANTED and Plaintiffs complaint is DISMISSED WITH PREJUDICE.

This Judgment filed and entered on June 20, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)
Corey Atkinson, Jr.           (via US Mail)


June 20, 2025                        Peter A. Moore, Jr.
                                   Clerk of Court


                                By: /s/ Tyjuana Griffin
                                   Deputy Clerk