IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-267-BO-BM

AYESHA Q. SANDERS          )
                          )
          Plaintiff,       )
                          )
    v.                     )
                          )          O R D E R
TATA CONSULTANCY SERVICES; )
TATA CONSULTANCY SERVICES  )
LIMITED; and TATA AMERICA  )
INTERNATIONAL CORPORATION, )
                          )
          Defendants.      )

This cause comes before the Court on the memorandum and recommendation (M&R) of

United States Magistrate Judge Brian S. Meyers. [DE 25]. Magistrate Judge Meyers recommends

that plaintiff's motion to remand [DE 12] be granted and the case be remanded in its entirety to

Wake County Superior Court in North Carolina. Magistrate Judge Meyers also recommends the

Court deny as moot (i) plaintiff's amended motion to remand [DE 21]; and (ii) defendants' motion

to stay or extend for purposes of filing a response to plaintiff's amended complaint [DE 18]; and

that the Court deny without prejudice as moot (iii) defendants' motion to dismiss plaintiff's

complaint for lack of jurisdiction [DE 13]. No party has filed an objection to the M&R, and the

time for doing so has expired.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the magistrate judge's report or specified proposed findings or recommendations

to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315

(4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b). A party's objections must be made "with sufficient specificity so as reasonably to alert the

district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 25] is ADOPTED in full. Plaintiff's motion to remand [DE 12] is GRANTED; the case shall be remanded in its entirety to the Superior Court for Wake County, North Carolina. Plaintiff's amended motion to remand [DE 21] is DENIED AS MOOT; defendants' motion to stay or extend [DE 18] is DENIED AS MOOT; and defendants' motion to dismiss [DE 13] is DENIED WITHOUT PREJUDICE AS MOOT.

SO ORDERED, this __3__ day of March 2026.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2